IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CURTIS RAY FRISBY                                                                                    PLAINTIFF

V.                                           CASE NO. 10-CV-1047

MILBANK MANUFACTURING CO.                                                        DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion to Certify Question to the Arkansas Supreme Court. (ECF No. 16). Defendant has filed a response. (ECF No. 17). Upon consideration, the Court finds that Plaintiff's Motion to Certify Question to the Arkansas Supreme Court is DENIED.

**IT IS SO ORDERED**, this 31st day of March, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge